Judge McMahon

493-07/LJK/JPG

07 CIV 8716

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
SEA SPEED CARGO & SEA TRANSPORT LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Lawrence J. Kahn (LK 5215)
Jan P. Gisholt (JG 3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEA SPEED CARGO & SEA TRANSPORT LLC.,

                Plaintiff,

- against –

TANGANYIKA INVESTMENT OIL & TRANSPORT
CO. LTD.,

                Defendant.
------------------------------------------------------------x

07 CIV.        (        )

**RULE 7.1 STATEMENT**

OCT 0 9 2007

SEA SPEED CARGO & SEA TRANSPORT LLC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 9, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                SEA SPEED CARGO & SEA TRANSPORT LLC.

                By: _____
                Lawrence J. Kahn (LK 5215)
                Jan P. Gisholt (JG 3768)
                80 Pine Street
                New York, NY 10005
                Telephone: (212) 425-1900
                Facsimile: (212) 425-1901

NYDOCS1/291199.1